**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | |
|---|---|
| LYNN M. KIPP, | : No. 138 MM 2023 |
| | : |
| Petitioner | : |
| | : |
| | : |
| | : |
| v. | : |
| | : |
| | : |
| BELLEFONTE AREA SCHOOL DISTRICT, | : |
| BOARD OF SCHOOL DIRECTORS, | : |
| MICHELLE SAYLOR, MICHELLE | : |
| SIMPSON, KIMBERLY SHARP, NICOLAS | : |
| DOWNS, NICOLE HARRIS, AND MICHAEL | : |
| MUSSETT, | : |
| | : |
| Respondents | : |
| | |
| LYNN M. KIPP, | : No. 139 MM 2023 |
| | : |
| Petitioner | : |
| | : |
| | : |
| | : |
| v. | : |
| | : |
| | : |
| BELLEFONTE AREA SCHOOL DISTRICT | : |
| AND BELLEFONTE AREA EDUCATION | : |
| ASSOCIATION, | : |
| | : |
| Respondents | : |
| | |
| LYNN M. KIPP, | : No. 140 MM 2023 |
| | : |
| Petitioner | : |
| | : |
| | : |
| v. | : |
| | : |
| | : |
| BELLEFONTE AREA SCHOOL DISTRICT, | : |
| BELLEFONTE AREA SCHOOL BOARD, | : |
| MICHELLE SAYLOR, MICHELLE | : |

SIMPSON, NICOLAS DOWNS, NICOLE
HARRIS, MICHAEL MUSSETT, AND
KIMBERLY SHARP,

               Respondents

            :
            :
            :
            :
            :

## **ORDER**

**PER CURIAM**

      **AND NOW**, this 21st day of May, 2024, the Application for Leave to File Original Process is GRANTED.  The "Application for Extraordinary Injunctive Relief and Application for Writ of Mandamus with Declaratory Judgment under King's Bench Authority & Jurisdiction," the "Application for Leave to File an Amended Application," and the "Application to Expedite" are DENIED.